UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-38557 |
|---|---|
|    LAWRENCE E JACKSON | (Chapter 13) |
|    PHYLLIS A JACKSON | |
|                             Debtors | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3990200**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 2/ 29 | SEARS DENTAL<br>2727 FAIRFIELD COMMONS<br>BEAVERCREEK, OH  45431 | 29.76 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 12/10/2009

Certificate of Service          05-38557

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| LAWRENCE E JACKSON<br>PHYLLIS A JACKSON<br>11 YORK AVENUE<br>DAYTON, OH  45403 | DENNIS HEITZ<br>1634 S SMITHVILLE RD<br>DAYTON, OH  45410 | (36.1n)<br>ECAST SETTLEMENT CORPORATION<br>BOX 35480<br>NEWARK, NJ  07193 |
| (35.1n)<br>HSBC AUTO FINANCE DEPARTMENT<br>C/O THE RAMSEY LAW FIRM PC<br>PO BOX 201347<br>ARLINGTON, TX  76006 | (31.1n)<br>JOHN G JANSING<br>HEDRICK & JORDAN CO.<br>124 E THIRD ST SUITE 300<br>DAYTON, OH  45402 | (32.1n)<br>PREMIER BANKCARD<br>PREMIER CSI DEPT SDPR<br>BOX 2208<br>VACAVILLE, CA  95696 |
| (29.1)<br>SEARS DENTAL<br>2727 FAIRFIELD COMMONS<br>BEAVERCREEK, OH  45431 | | |

Jeffrey M. Kellner BY      /s/ Jeffrey M. Kellner            cs