UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-38557 |
|---|---|
|    LAWRENCE E JACKSON | (Chapter 13) |
|    PHYLLIS A JACKSON | |
|                                        Debtors | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3995147**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 2/ 29 | SEARS DENTAL<br>2727 FAIRFIELD COMMONS<br>BEAVERCREEK, OH  45431 | 46.00 |

      /s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 1/11/2010

Certificate of Service    05-38557

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

LAWRENCE E JACKSON
PHYLLIS A JACKSON
11 YORK AVENUE
DAYTON, OH  45403

DENNIS HEITZ
1634 S SMITHVILLE RD
DAYTON, OH  45410

(36.1n)
ECAST SETTLEMENT CORPORATION
BOX 35480
NEWARK, NJ  07193

(35.1n)
HSBC AUTO FINANCE DEPARTMENT
C/O THE RAMSEY LAW FIRM PC
PO BOX 201347
ARLINGTON, TX  76006

(31.1n)
JOHN G JANSING
HEDRICK & JORDAN CO.
124 E THIRD ST SUITE 300
DAYTON, OH  45402

(32.1n)
PREMIER BANKCARD
PREMIER CSI DEPT SDPR
BOX 2208
VACAVILLE, CA  95696

(29.1)
SEARS DENTAL
2727 FAIRFIELD COMMONS
BEAVERCREEK, OH  45431

Jeffrey M. Kellner BY    /s/ Jeffrey M. Kellner    cs